1  Alan Nakazawa, State Bar No. 84670
   alan.nakazawa@cnc-law.com
2  Dena S. Aghabeg, State Bar No. 185311
   daghabeg@cnc-law.com
3  Ken D. Sato, State Bar No. 252543
   ken.sato@cnc-law.com
4  COGSWELL NAKAZAWA & CHANG, LLP
   444 West Ocean Boulevard, Suite 1250
5  Long Beach, California  90802-8131
   Telephone (562) 951-8668
6  Facsimile: (562) 951-3933

7  Attorneys for Defendant
   NYKCool AB

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYD International S.A. and Exportadora Aqua Santa S.A., <br><br> Plaintiffs, <br><br> vs. <br><br> M/V GLORIOUS HARVEST, her engines, boilers, bunkers, tackles, gear, winches, appurtenances, etc., *in rem*, NYKCool AB, Ajm Tanking Pte. Ltd., and Kama Hill Maritime Inc., <br><br> Defendants. | CASE NO.: CV 11-03761-JHN (PJWx) <br><br> **NOTICE OF RELATED CASES** |

Pursuant to Local Rule 83-1.3, Defendant NYKCool AB hereby gives notice that the within action is related to the case entitled: *CYD International S.A. et al. v. M/V GLORIOUS HARVEST, etc., et al.* numbered CV 11-01866 GHK (JEMx) in the records of this court.

NOTICE OF RELATED CASES
1

1 | The within action and the related action involve maritime cargo
2 | contamination claims relating to the shipments of fruit on the M/V GLORIOUS
3 | HARVEST from Valparaiso, Chile to Los Angeles on voyages in January and
4 | April 2010.

The within action and the related action appear:

    1.    To arise from the same or a closely related transaction, happening or event;

    2.    To call for a determination of the same or substantially identical questions of law and fact;

    3.    Likely for other reasons will entail unnecessary duplication of labor is hear by different judges; and

    4.    To involve the same parties.

Dated: May 3, 2011               COGSWELL NAKAZAWA & CHANG, LLP

                                  By  s/ Alan Nakazawa
                                        Alan Nakazawa
                                        Attorneys for Defendant
                                        NYKCool AB